**STATE of Missouri, Appellant**

v.

**Dominick PARKS, Respondent.**

**No. WD 76399.**

Missouri Court of Appeals,
Western District.

April 1, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 2014.

Application for Transfer Denied June 24, 2014.

Andrew C. Hooper, for Appellant.

Lance A. Riddle, for Respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

### *ORDER*

PER CURIAM:

The State of Missouri appeals the judgment of the trial court granting Dominick Parks' motion to suppress evidence obtained following his arrest for driving while intoxicated based on a lack of probable cause to support his arrest. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The order is affirmed. Rule 30.25(b).